DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRENCE D. FLOOD, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2108

[September 17, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432013CF000634A.

Lawrence D. Flood, Jr., Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* 411 So. 3d 392 (Fla. 2025)*, cert. denied sub nom. Wainwright v. Florida,* 2025 WL 1621505 (2025) (even if *Erlinger v. United States,* 602 U.S. 821, (2024), constitutes a change of law, it does not apply retroactively); *see also Maye v. State,* 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

MAY, GERBER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***